**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6695**

JULIO CESAR PORTILLO-SOSA,

            Plaintiff - Appellant,

      v.

UNITED STATES OF AMERICA, Department of Homeland Security,

            Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   Robert E. Payne, Senior District Judge.   (3:11-cv-00139-REP)

Submitted:  August 25, 2011          Decided:  August 30, 2011

Before MOTZ, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Julio Cesar Portillo-Sosa, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julio Cesar Portillo-Sosa appeals the district court's order dismissing his conditionally filed civil action for failure to prosecute, which was predicated on Portillo-Sosa's failure to either (a) execute the consent form that authorizes the court to collect the filing fee incrementally or (b) pay the filing fee in full. On appeal, we confine our review to the issues raised in the Appellant's brief. <u>See</u> 4th Cir. R. 34(b). Because Portillo-Sosa's informal brief does not challenge the basis for the district court's disposition, Portillo-Sosa has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>